Henry Slaboszewski and Anthony Patula, Surviving Partners of Harold F. Egan, Deceased, and Henry Slaboszewski, and Anthony Patula, d/b/a Builders Supply & Trucking Company, Plaintiffs-Appellees, v. Edmund J. Johnson and Eleanor B. Johnson, also Known as Eleanor Borgmeier, His Wife, and Katherine E. Nova, Defendants-Appellants.

Eleanor B. Johnson, Counterplaintiff-Appellant, v. Henry Slaboszewski and Anthony Patula, Surviving Partners of Harold F. Egan, Deceased, and Henry Slaboszewski, and Anthony Patula, d/b/a Builders Supply & Trucking Company, Counter-defendants-Appellees.

On Appeal of Eleanor B. Johnson also Known as Eleanor Borgmeier, Defendant-Counterplaintiff-Appellant.

Gen. No. 46,786.

First District, First Division.

June 21, 1956.

Rehearing denied September 11, 1956.

Released for publication September 12, 1956.

Edmund J. Johnson & E. R. Borgmeier, for appellant; E. R. Borgmeier of counsel; Theodore Stone for appellees. Opinion by JUDGE BURKE. Not to be published in full.

241